UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:02-cr-54-T-23TGW

ROBERT MICHAEL DAVIS
_____/

### ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE

THIS CAUSE is before the Court on this 1st day of July, 2009, on a Petition to Revoke Supervised Release. The Defendant, Robert Michael Davis, appeared with Counsel, Assistant Federal Public Defender A. Mauricio Hued, and Maria Chapa-Lopez, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release entered on February 5, 2003.

It is, therefore, **ORDERED AND ADJUDGED**

1. That the Order of Supervised Release entered herein as to the above named defendant is hereby **REINSTATED**. All other terms and conditions of the Judgment entered on February 5, 2003 will remain the same.

2. That the United States Marshal is hereby directed to release the above-named defendant

DONE AND ORDERED at Tampa, Florida this __1st__ day of July, 2009.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
 -U.S. Attorney's Office
 -Defense Counsel
 -U.S. Marshal